```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :      20Cr0088 (DLC)
                                    :
       -v-                          :      ORDER
                                    :
GABRIEL DIXON,                      :
                                    :
              Defendant.            :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

Having scheduled the defendant to be sentenced on May 1, 2020, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 18, 2020** at **noon**.

Dated:   New York, New York
         April 10, 2020

                              _____
                                      DENISE COTE
                              United States District Judge