```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :     20Cr0088 (DLC)
                                           :
        -v-                                :        ORDER
                                           :
GABRIEL DIXON,                             :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2020

DENISE COTE, District Judge:

The Court having rescheduled the May 1 sentencing date to June 18 in light of the COVID-19 outbreak, it is hereby

ORDERED that defendant's sentencing submission shall be due **June 4**; Government's submission shall be due **June 11**.

Dated:   New York, New York
         May 14, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge