```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     20Cr0088 (DLC)
                                         :
          -v-                            :     ORDER
                                         :
GABRIEL DIXON,                           :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 18, this Court received an unsigned motion in an envelope bearing a post mark of June 13. It purports to be an application to withdraw from a plea agreement with the Government and perhaps as well to withdraw the plea of guilty that the defendant entered on January 31, 2020. The sentence is currently scheduled for July 16, having been delayed due to the COVID-19 pandemic. it is hereby

ORDERED that defense counsel shall submit a status letter by June 26, 2020, regarding the motion received on June 18.

Dated:   New York, New York
         June 19, 2020

_____
DENISE COTE
United States District Judge