```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     20Cr0088 (DLC)
                                         :
         -v-                             :        ORDER
                                         :
GABRIEL DIXON,                           :
                                         :
                 Defendant.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the July 6, 2020 status letter filed by defense counsel regarding the defendant's June 18, 2020 application to withdraw from a plea agreement, it is hereby

ORDERED that defense counsel's July 6 letter is treated as a motion to withdraw as counsel.  No further motion to withdraw is required.

IT IS FURTHER ORDERED that defense counsel shall not be relieved as counsel until new counsel appears on behalf of the defendant and the Court accepts that new counsel's appearance.

IT IS FURTHER ORDERED that by Friday, **July 10, 2020,** defense counsel shall inform the Court whether the defendant will retain new counsel or prefers the Court to appoint new counsel to represent him.

IT IS FURTHER ORDERED that the sentencing scheduled for Thursday, July 16, 2020 is adjourned <u>sine die</u>.

Dated:   New York, New York
         July 7, 2020

                                              DENISE COTE
                                 United States District Judge