```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :      20Cr088 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
GABRIEL DIXON,                           :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A videoconference was held today, July 14, 2020 via CourtCall, in which the Court conditionally appointed Michael Sporn, Esq. as counsel for the defendant.  At the videoconference, the Court could see and hear Mr. Sporn and the defendant, and Mr. Sporn and the defendant could see and hear the Court, as well as each other.  The defendant's retained counsel and the Government participated by telephone.

    At the conference, the Court informed the parties that Mr. Sporn will be formally appointed as counsel once it can be determined that the defendant qualifies for the appointment of counsel.  At that time, the defendant's retained counsel will be relieved as counsel in this case.

    In response to statements by the defendant's retained counsel, the Court set forth its findings regarding the defendant's competence to participate in this prosecution.  As explained on the record, and based on the Court's observations

of and interactions with the defendant at the videoconference, this Court finds no reason to believe that a competency evaluation or further hearing regarding competency is necessary. Accordingly, as set forth at the conference, it is hereby

ORDERED that by Friday, **August 14, 2020**, Mr. Sporn shall submit a status letter, addressing whether he believes that a competency evaluation of the defendant is necessary, proposing a schedule for this case, or informing the Court that more time is needed to update the Court on these matters.

Dated:    New York, New York
          July 14, 2020

```
                              _____
                                    DENISE COTE
                              United States District Judge
```