```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    20Cr0088 (DLC)
                                     :
            -v-                      :         ORDER
                                     :
GABRIEL DIXON,                       :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2020

DENISE COTE, District Judge:

Having received on August 12, 2020 two largely identical letters from the defendant regarding funds paid to his previously-retained counsel, it is hereby

ORDERED that the defendant's request that the Court assist the defendant and his family in obtaining the return of those funds is denied.

Dated:   New York, New York
         August 13, 2020

                                              _____
                                                  DENISE COTE
                                     United States District Judge