UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                         :

UNITED STATES OF AMERICA,       :     20Cr0088 (DLC)

       -v-                 :         ORDER

GABRIEL DIXON,               :

           Defendant.     :

----------------------------------------X

DENISE COTE, District Judge:

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/14/2020 |

    The defendant having qualified for the appointment of
counsel, it is hereby

    ORDERED that C.J.A. counsel Michael Sporn is appointed to
represent the defendant.

    IT IS FURTHER ORDERED that previously retained counsel
Hannah Shoshany is relieved.  The Clerk of Court shall terminate
her appearance.

Dated:    New York, New York
          August 14, 2020

                            DENISE COTE
                  United States District Judge