UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     20Cr088 (DLC)
                                          :
            -v-                           :          ORDER
                                          :
GABRIEL DIXON,                            :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2020

The Court having received defense counsel's letter dated requesting that this matter be set down for sentencing, it is hereby

ORDERED that sentencing is scheduled for **October 16, 2020** at **10 a.m.** in Courtroom 18B, 500 Pearl Street

IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **October 2** and the Government's response shall be due **October 9**.

Dated:   New York, New York
         August 14, 2020

                                        _____
                                              DENISE COTE
                                        United States District Judge