UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     20Cr0088 (DLC)
                                          :
            -v-                           :     ORDER
                                          :
GABRIEL DIXON,                            :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On August 27, 2020, this Court received the attached letter from the defendant. It is hereby

ORDERED that the defendant's letter will be considered in connection with the defendant's sentencing proceeding, which is scheduled for October 16, 2020.


Dated:     New York, New York
           August 28, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge