# MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE (212) 791-1200

mhsporn@gmail.com

FACSIMILE (212) 791-3047

November 10, 2020

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: <u>United States v. Gabriel Dixon</u>
Ind. No. 20 Cr. 88 (DLC)

Dear Judge Cote:

I was substituted as CJA counsel for prior retained counsel on July 14, 2020 during a status conference for that purpose. The case now is concluded. In the course of completing my CJA evoucher, I see that the formal Order appointing me is dated August 14, 2020 – the date we filed Mr. Dixon's financial affidavit. I write now to request that your Honor enter an Order appointing me *nunc pro tunc* as of July 14, 2020 so that I can process the evoucher, and include services rendered from that date. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Ryan Finkel, Esq. (by ECF)

```
Granted. Mr. Sporn is
appointed as of July 14, 2020,
nunc pro tunc.  11.12.20
```

_____
DENISE COTE
United States District Judge