UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                              :
UNITED STATES OF AMERICA            :          20cr88(DLC)
                                              :
               -v-                         :          <u>ORDER</u>
                                              :
GABRIEL DIXON,                         :
                        Defendant.    :
                                              :
---------------------------------------- X

DENISE COTE, District Judge:

    Construing the defendant's letter of January 11, 2024 as a motion for the return of property pursuant to the Federal Rule of Criminal Procedure 41(g), it is hereby

    ORDERED that the Government shall respond to the letter by February 16, 2024, informing the Court on the status of the phone and the ability of it being returned to the defendant or a member of his family.

Dated:    New York, New York
           January 16, 2024

                                      _____
                                                 DENISE COTE
                                      United States District Judge