```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
UNITED STATES OF AMERICA                  :    20cr88(DLC)
                                          :
            -v-                           :    ORDER
                                          :
GABRIEL DIXON,                            :
                        Defendant.        :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

Having received the Government's response of February 5, 2024 regarding the defendants motion for the return of a red iPhone, it is hereby

ORDERED that the FBI shall release the red iPhone in question to a member of the defendant's family. The family member may contact the United States Attorney's Office for the Southern District of New York to make arrangements to pick up the iPhone.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

Dated:   New York, New York
         February 6, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge