```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :    20cr88(DLC)
                                      :
              -v-                     :    ORDER
                                      :
GABRIEL DIXON,                        :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On October 16, 2020, defendant Gabriel Dixon was sentenced principally to 84 months' imprisonment. The defendant's letter of January 30, 2025, docketed February 7, requests a transcript of his FBI interview from the spring of 2019. During his prosecution, the defendant was represented by attorney Michael Sporn. It is hereby

ORDERED that defense counsel shall respond to the defendant.

IT IS FURTHER ORDERED that the defendant shall send further communications of this kind to the attorney who represented him in this criminal case.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant an note service on the docket.

Dated:   New York, New York
         February 13, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge